UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                              CHAPTER 13
ROBERT R. WEST
BEVERLY C. WEST                                          CASE NO. 13-82767

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: Seterus Inc.**                **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 4170

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4426.06 |
| Amount Paid by Trustee | $4426.06 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/1/18                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2018

Dated: 1/1/18                           /s/Cynthia K. Burnard

SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI 49501-2008

SETERUS
14523 SW MILLIKAN WAY ST.
BEAVERTON, OR  97005

SETERUS INC
PO BOX 2206
GRAND RAPIDS, MI 49501-2006

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

ROBERT R. WEST
BEVERLY C. WEST
33060 PAM RICH DR.
KINGSTON, IL  60145

LAW OFFICES OF JASON BLUST LLC
211 W. WACKER DR.
SUITE 300
CHICAGO, IL  60606